**Daniel ROSE, Plaintiff-Appellant,**

v.

**M. Colston JONES, Lawyer, Public Defender; Kathleen A. Ortiz, Lawyer, Public Defender, Defendants-Appellees.**

No. 17-6675

United States Court of Appeals, Fourth Circuit.

Submitted: September 26, 2017

Decided: September 28, 2017

Daniel Rose, Appellant Pro Se.

Before NIEMEYER and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Daniel Rose appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915A(b)(1) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Rose v. Jones,* No. 2:17-cv-00226-AWA-RJK (E.D. Va. filed May 15, 2017, entered May 16, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*